No. 04-01-00696-CR



Angel Ann Fontenot RAYNER,


Appellant



v.



STATE of Texas,


Appellee



From the 252nd Judicial District Court, Jefferson County, Texas


Trial Court No. 81824


Honorable Leonard J. Giblin, Jr., Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice

 

Delivered and Filed: October 2, 2002


MOTION TO WITHDRAW GRANTED; AFFIRMED


 Angel Raynor pled guilty to abandonment of a child and was sentenced to two years
imprisonment. Pursuant to a plea bargain, the sentence was suspended, and Raynor was
placed on three years probation and assessed a $500 fine. Subsequently, Raynor pled true
to multiple violations of the conditions of her probation. The trial court revoked probation
and sentenced Raynor to one year in the state jail. Raynor's court-appointed attorney on
appeal filed a brief in which counsel concludes this appeal is frivolous and without merit.
Counsel also filed a motion to withdraw.

 Counsel's brief meets the requirements of Anders v. California, 386 U.S. 738 (1967),
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978), and Gainous v. State, 436 S.W.2d
137 (Tex. Crim. App. 1969). Specifically, counsel states Raynor was provided with a copy
of the brief and motion to withdraw and was further informed of her right to review the
record (1) and file her own brief if she wished. Raynor has not done so.

 We reviewed the record and counsel's brief and agree the appeal is frivolous and
without merit. The judgment of the trial court is affirmed. Furthermore, we grant the motion
to withdraw filed by Raynor's counsel. See Bruns v. State, 924 S.W.2d 176, 177 n.1 (Tex.
App.-San Antonio 1996, no pet.).

 Per Curiam

Do Not Publish
1. [1] Counsel also detailed the procedure for obtaining the record. See Bruns v. State, 924 S.W.2d 176, 177 n.1 (Tex.
App.--San Antonio 1996, no pet.).